UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-80073-CIV-MIDDLEBROOKS/BRANNON

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address 66.176.32.142,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

THIS CAUSE comes before the Court upon the aforementioned Notice ("Notice") (DE 19) by Plaintiff, filed on May 2, 2014. I have reviewed the Plaintiff's Notice and I am otherwise advised in the premises. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**;
2. All pending motions are **DENIED AS MOOT**; and
3. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 5 day of May, 2014.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record